JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MITCHELL,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN,<br><br>        Respondent. | Case No. CV 20-7700-MWF (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 27, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE